IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 07-1447-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| JOSE RODRIGUEZ, | |
| Defendant. | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and the objection filed by the defendant,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#21).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Dismiss (#10).

Trial remains set for May 28, 2008 at 9:30 a.m.

DATED this 12th day of May, 2008.

Raner C. Collins
United States District Judge